**E-FILED**
Friday, 19 June, 2009 02:32:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RUTH A. LEIGH et al.**
        **Plaintiffs,**

    vs.                                                      Case Number:    **07-2155**

**JACK KEMP et al.,**
        **Defendants.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants and against the plaintiffs. Case is terminated.

                              ENTER this 19th day of June, 2009.

                                      s/Pamela E. Robinson

                              _____
                              PAMELA E. ROBINSON, CLERK

                                          s/S. Johnson

                              _____
                                BY: DEPUTY CLERK